# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLABRON WILLIAM HINKLES, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> J. SALAZAR, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. CV 07-6429-ODW (JEM) <br><br> **J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: December 15, 2009

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE